IN THE UNITED STATES DISTRICT COURT
FOR THE Southern DISTRICT OF Florida
_____ DIVISION

*(Write the District and Division, if any, of the
court in which the complaint is filed.)*



FILED BY_____D.C.

MAR 1 8 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

---

Mike E. Neal

_____

_____

*(Write the full name of each plaintiff who is filing
this complaint. If the names of all the plaintiffs
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names.)*

-against-

Lieutenant Wilson, et al.

_____

_____

*(Write the full name of each defendant who is
being sued. If the names of all the defendants
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names. Do not include
addresses here.)*

**Complaint for Violation of Civil
Rights**
(Prisoner Complaint)

Case No. 1:18-CV-20374
*(to be filled in by the Clerk's Office)*

Jury Trial: ☑ Yes ☐ No
*(check one)*

---

## NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public
access to electronic court files. Under this rule, papers filed with the court should *not* contain: an
individual's full social security number or full birth date; the full name of a person known to be a minor; or
a complete financial account number. A filing may include *only*: the last four digits of a social security
number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account
number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or
any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to
proceed in *forma pauperis.*

I.     **The Parties to This Complaint**

A.     **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name                          *MiKE E. NEAl*

All other names by which you have been known:

ID Number                     *150-133-695*

Current Institution           *Metro West Detention center*

Address                       *13850 NW 41st street Miami Fl 33175*

B.     **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation   Make sure that the defendant(s) listed below are identical to those contained in the above caption.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

Name                          *L. wilson*

Job or Title                  *Facility Lieutenant*
(if known)

Shield Number

Employer                      *Metro West Detention center*

Address                       *13850 NW 41st street Miami Florida 33178*

☑ Individual capacity          ☐ Official capacity

Defendant No. 2

Name                          *A. Lawrence*

2

Job or Title
(if known)                  Facility captain

Shield Number

Employer                    Metro west Detention center
Address                     13850 NW 41st street miami Florida
                            33178

☑ Individual capacity        ☐ Official capacity

Defendant No. 3

Name                        B. Celeide

Job or Title                correctional officer
(if known)

Shield Number

Employer                    Metro west Detention center
Address                     13850 NW 41st street miami F.
                            33178

☑ Individual capacity        ☐ Official capacity

Defendant No. 4

Name                        E. cobarco / C. Jr. Tolliver

Job or Title                correctional counselors
(if known)

Shield Number

Employer                    Metro west Detention center
Address                     13850 NW 41st street miami FL
                            33178

☑ Individual capacity        ☐ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights,
privileges, or immunities secured by the Constitution and [federal laws]."  Under *Bivens v. Six
Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue
federal officials for the violation of certain constitutional rights.

3

# I. Basis for Jurisdiction

b.

1. Defendants L. wilson A. lawrence and B. celeide action while acting under color of State law miami-Dade correctional Department failed to protect Plaintiff from being attacked by inmate Ramon carr

The Defendants Knew Plaintiff were constantly complainting that he was being threaten by Ramon carr and the fact Plaintiff was moved from 3A3 Medical Housing unit Previously because of the same issues of Plaintiff being threaten by inmate Ramon carr.

and as it's Known to the Defendants that Plaintiff is handicap who walked with an cane cause of the left Knee Permanently irreversible damage and Both shoulders as well are Permanently irreversible Damage as well

and as Defendants Knowingly did maliciously showed unreasonably disregard Knowingly and willingly Knowing that it were substantial Risk Plaintiff would be seriously harmed as it did happen upon Plaintiff Physically.

The Defendants knowingly and willingly deviated from the 'Department Standard operating Procedure' Policies of miami-Dade correctional Department.

But the Defendants maliciously failed to remove inmate carr or Plaintiff from the same unit as Keep separate as they Defendants had the ability to do so But the Defendant failed to intervene to Prevent the Physical bodily harm, as their action were done maliciously and sadistically and constituted Deliberate indifference to Physical health and Safey of Plaintiffs in violation of the Eighth amendment of the united states constitution caused Plaintiff Pain suffering Physical injuries and emotional distress

2. Defendant C. Jr tolliver action while acting under color of State law for miami-Dade correctional Department Knowingly and willingly commited the act of "Procedural Directivs violation" of the "Department, standard, operating Procedures" refused to Give Plaintiff an hearing as he utilized fraudsignt Practice on the disciplinary report in exhibit B and stated that Plaintiff waivered his Rights to be Present at an hearing.

as well as he Knowingly lied stated Plaintiff wasn't Placed in Punitive confinement Pending hearing and Defendant C. Jr tolliver never approch Plaintiff cell with an hearing committee.

Defendant C. Jr tolliver denied Plaintiff an Procedural hearing and found him Guilty maliciously and he lied that Plaintiff did not Request evidence for the hearing in which Plaintiff was seriously deprived of his social Protection Rights of the law and constituted Due Process violation of the law under the 14th amendment to the united states constitution causing Pain and suffering mentally and Physical injuries with emotion Distress

- Defendant L. Wilson and A. Lawrence actions while acting under color of State law for Miami-Dade correctional department committed an known "procedural directive violation" to the "department standard operating procedure" policies to Miami-Dade correctional department.

has maliciously failed to up-hold the policies knowingly and willingly deviated as the Defendants discriminated against Plaintiff and placed Plaintiff in punitive confinement and not the inmate Ramon carr who had assaulted and battery Plaintiff from behind

and as Defendants were told the day before of such threats, the Defendants still choose to turn an blind-eye to such discrimination, and allowed a disciplinary hearing be conducted and allow Plaintiff to receive illegal 30 day sanction of unconstitutional punitive confinement without Plaintiff due process rights of a 24 hour notification form before an hearing,

as well as deprivation of Right to call witnesses and being present at the hearing and denied Plaintiff a fair and impartial decision making in the hearing and written statement of reason for being found Guilty by his self and not inmate carr Ramon

even after the Plaintiff completed the illegal 30days sanction of serious punitive confinement that were atypical and significant hardship on Plaintiff ordinary life as pre-trial detainee, it continued when Defendants placed Plaintiff on immediately administrative punitive confinement without any hearing or notice, and

when Plaintiff filed Grievances Plaintiff were involuntary transferred to an different Jail in administrative punitive confinement and Blocked all Plaintiff exhaustion process and were later told it's pass 10days to file Grievance on all those issues constituted due process of law violation under the 14th amendment to the united states constitution and constituted violation of freedom of free speech to Grieve in violation to the 1st amendment to the united states constitution causing pain suffering physical and mental injuries with emotional distress.

4. Defendant E. Cobacco action while acting under color of state law for Miami-Dade correctional Department Department knowingly and willingly committed the action of "procedual Directive violation" Policy to "Miami-Dade correctional Department" Refussed to give Plaintiff an hearing with requested evidence that's require of a fair hearing procedure.

and failed to take disciplinary or other action to correct the known violation of Due Process of law and continue to allow Defendant C. Jr. tolliver conduct illegal hearing with fraudulent statement and documents.

moreso Defendant E. cobacco disregarded Plaintiff appeal and his Grievance complaint that were immediately filed and she maliciously up held the illegal action and refussed to do an investigation on all matters Plaintiff stated in appeal and Grievance.

and as Defendant E. cobacco is the supervisor of the "Reentry Program Services Bureau" and had the power of authority to intervene and prevent such unconstitutional action But failed to do so. and deprived the Plaintiff his Equal Protection of law and Due Process Rights of law constituted violation under the 14th amendment to the united states constitution causing Pain Suffering mentally injuries with emotion distress

5. Defendant A. Lawrence action while acting under color of state law for Miami-Dade correction. Knowingly and willingly failed to have Plaintiff transported to Miami Jackson memorial Hospital for Physical Therapy treatment. That was ordered by The Jackson memorial orthopedic Doctors for Plaintiff shoulders since 6-5-2016 Till Plaintiff were maliciously transfered in 3-3-2017

Then when Plaintiff were transfered back to Defendant Lawrence Jail in 6-11-2018 Till Present day. Plaintiff were mandate to have Physical therapy treatment. 2 time a week for shoulders and left leg. But the Defendant failed to transport Plaintiff for Physical therapy.

Then on 9-20-2018 Plaintiff had an operation on his left knee and Plaintiff were placed back in administrative Punitive confinement. as the Defendant Lawrence knew it was a violation of ASOP Policy and CHS Policy as Plaintiff should had been placed in medical Housing at Turner Guilford Knight correctional center. But Defendant Lawrence failed to do so. constituted deliberate indifference to my health care needs in violation under the 8th amendment to the united states constitution causing Pain and suffering physical and mental injuries with emotional distress

A.  Are you bringing suit against *(check all that apply)*:

☐   Federal officials (a *Bivens* claim)

☑   State or local officials (a § 1983 claim)

B.  Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

8th amendment deliberate indifference
14th amendment Due process of law violation
1st amendment freedom of free speech to Grieve violation and Retaliation

C.  Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D.  Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

SEE: attachment PAGES 1 through 3 numbers 1 through 5

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☑   Pretrial detainee

☐   Civilly committed detainee

☐   Immigration detainee

4

# IV. Statement of claim

This is a civil Rights action claim by Plaintiff MIKE E. NEAL at METRO WEST Detention Center. For the deliberate indifference to his safety and Healthcare needed needs. Who has chronic Health issues of High Blood Pressure and Diabetes with mental illness and Physical Injuries that's Permanently irreversiable

. and the DUE PROCESS of the law violation for deprived hearing or notice before Sanctioned to Disciplinary confinement and administrative Punitive confinement The appeal PROCESS was also denied and over looked

. as well as the deprivitation of freedom of free speech to Grieve and Reading legal material or research

. Plaintiff were transferred from turner Guilford Knight mental Health unit in June 2016, to metro WEST Detention center were he was ordered by Doctors to be housed on 3A3 MEDICAL Housing unit. were as Plaintiff should of been receiving Physical Therapy treatment at Jackson memorial treatment center. But the Defendant A. Lawrence failed to have Plaintiff transferred to mandated needed treatment

5. Then on January 13, 2017, DEFENDANTS A. Lawrence and L. Wilson came to unit 3C1 at metro west to talk with inmates. Plaintiff went to approach Defendant Lawrence. but carr an inmate who had Previously tried to attempt bodily harm on Plaintiff. Got in the middle. Plaintiff then informed Lawrence that carr had already been separated from him Previously for attempting to assault him with another inmate.

6. Plaintiff told lawrence that he was afraid for his safety and that he wouldn't be able to defend himself. He then requested that he be moved back to the medical unit where he can receive treatment. Defendant lawrence ignored Plaintiff's request and only told carr not to bother Plaintiff. Plaintiff again requested to be moved but Lawrence insisted that no one would bother Plaintiff.

7. Plaintiff then went to the other side of the unit to talk to Defendant wilson. where he again asked to be moved back to the medical unit. Defendant wilson stated that Plaintiff would not be moving back and insisted that no one would bother him. Then Defendant wilson threatened to place Plaintiff in Punitive segregation if Plaintiff Got into trouble.

8. The next day Plaintiff came back from court and gave Defendant CELEIDE his Jail card. Plaintiff was then sitting on his Bunk when carr started harassing him and calling him a snitch. Defendant CELEIDE came to the bunk and Plaintiff explained that carr kept trying to threaten him CELEIDE did not do anything. Plaintiff then went to the bathroom

9. and on the way out carr Got in Plaintiff's Path and told him that if he snitched again that he would get fucked-up. Plaintiff immediately went to CELEIDE and complained but CELEIDE ignored him. carr then ran up behind Plaintiff and struck him in the back of his head knocking him forward on Defendant CELEIDE desk. Plaintiff then began to defend himself

10. But Celeide Just stood there until the fight eventually broke up. Plaintiff in excruciating pain went back to his bunk to sit down. Defendant Celeide Called for officer assistance and Plaintiff was escorted to the medical clinic for his cuts and bruise. Defendant Celeide then wrote a disciplinary report against Plaintiff but not against carr

. Plaintiff was then placed in Punitive confinement and on January 14, 2017 Plaintiff was not given a 24 hour notification form in compliance with Miami-Dade Corrections standard operating procedure. Plaintiff requested the Defendant wilson review the video cameras on the unit but he declined Plaintiff then filed a Grievance

2. Then on January 19, 2017 Defendant C. Jr tolliver came to Plaintiff's cell door to conduct a major rule violation Tolliver wanted Plaintiff to sign forms but Plaintiff requested that tolliver read the forms and explain what they were before Plaintiff agreed to sign. Defendant tolliver refused and became angry, than closed Plaintiff's door flap and walked away

3. Plaintiff then called out to tolliver requesting a postponement of the disciplinary hearing to obtain evidence. Defendant tolliver Kept walking away and ignored him. Plaintiff had previously filed complaints against tolliver because of misused conduct. Defendant tolliver then had a hearing without Plaintiff and didn't give him a chance to present any evidence.

4. Defendant tolliver also failed to give Plaintiff the results of the disciplinary hearing so that he could file an appeal with in two days time frame. Than on January 27, 2017 Plaintiff filed a disciplinary appeal with Defendant cobarco the supervisor. Defendant cobarco turned a "Blind-eye" to Plaintiff's request for hearing befor the punishment was imposed

5. after Plaintiff was served with the illegal 30 day sanction. he spoke with Defendant wilson who stated that Plaintiff would never be released from Punitive confinement. Plaintiff then filed an action Grievance complaint against Defendant wilson. and in response Defendant wilson maliciously had Plaintiff transferred to another Jail to prevent him from Grieving

6. Plaintiff was transferred multiple times back and fourth between TGK and MWDC for Grieving about being held in administrative Punitive confinement without notice or hearing, and as Defendants Lawrence and Bailey turned a blind-eye to Plaintiff's continued illegal administrative Punitive confinement, Defendant C. Bennet was also in conspiracy with Defendants Lawrence and Bailey to Keep him in administrative Punitive confinement

7. and as all three Defendants Lawrence, Bailey and Bennet control the Miami-Dade corrections Department they have deviated from the agreedment with D.O.J and united states law to not Keep inmates in administrative Punitive confinement who suffer with serious mentally illness over 14 days Disciplinary Punitive confinement. and must provide Programs of mental Health, as the Defendants failed to do so cause "PTSD"

8. Plaintiff were continuously held in administrative confinement without a hearing more than one year. and defendants failed to provide Plaintiff adequate mental and physical treatment with program services. That cause Plaintiff suffering with extremely psychological effects of post traumatic stress disorders.

1. As such unconstitutional action continued against Plaintiff. Plaintiff were transferred to the Federal Detention center in June 6,2018 to testify against correction officer in a civil suit for a inmate Grantley as this court knows.

10. and when plaintiff was transferred back to turner Guilford Knight 6-12-2018 by the federal marshal. The jail maliciously held Plaintiff in the lobby over 10 hours and transferred Plaintiff to metro west Detention center in administrative Punitive confinement

11. As Plaintiff were housed in the SMU. he were continuously subjected to unusual punishment by defendant Lawrence and wilson orders to not allow Plaintiff a television without due process of law, illegally housed Plaintiff in cells without windows, desk or table to eat and write on, no set in the cell and the light was on 24 hours everyday.

12. Plaintiff is being still held with those unconstitutional condition and the cells are fire hazards that does not have fire sprinkler systems and theres live power wire hanging out the wall in the cell that caused a fire in Plaintiff cell. and as Plaintiff complainted about the shortage in the wire. defendant Lawrence maliciously still had Plaintiff charged with first degree Arson in retaliation of this law suit claim.

23. at one point Plaint was subjueted to Excessive strip searches untill the multiple Grievance were filed.

24. and the unconstitutional action of the defendants Lawrence and L. Wilson had Plaintiff housed in administrative Punitive confinement even after an operation to his knees on 9-20-2018 Knowing it's a violation of ASOP policy and know Plaintiff would not receive his pain medication as often as he would have had if he were housed in medical Housing at TGK.

25. it should be noted that I had an blessing on 1-30-2019. my criminal case F15-008484 was dismissed. and the only charges is holding me in jail now are the malicious charges that defendant Lawrence and Bailey filed from within the Jail. I have no out side charges. county holding me because of the civil claims out of retaliation to get Plaintiff to drop his claims.

6. The Defendants Lawrence and wilson have maliciously resorted to extreme forms of supermax discipline of punitive isolation, That has especially destructive effects on Plaintiff Psychologically and subjected Plaintiff to Pain and suffering from Prolong periods of illegal times, under conditions that threaten Greater Psychological distress and potential long-term dysfunction

7. and created habits of thinking and acting that has dysfunctional in Periods of Post-Prison adjustment Plaintiff will need help from permanent clinically-diagnosable Psychological disorders as a result

8. and as Defendant Lawrence and wilson knows Plaintiff have mental health issue, Plaintiff were still forced to adapt to a diminished, stigmatized status and extremely sparse material conditions is stressful, unpleasant difficult and harmful.

9. and furthermore Defendant Lawrence who is the captain of Metro west has informed her employee to censor any legal material that's from mental Health Staff Ms Reid, who was threaten and told not to every research legal reading material for Plaintiff criminal case that was failed against him by Defendant Lawrence authority.

30. These are the following Requested Research cases and information:
   A. Successful cases on mentally illed inmates charged with third DEGREE Felony Fire-PREVENT, obstruct extinguishing Fl. Statute 806.10-11 and the case was dismissed.
   B. Do the county Jails have to have Fire Sprinkler systems in the State of Florida.
   C. Successful cases on Franks Hearing law
   D. How to File a Civil suit claims for Penalties of False imprisonment in Florida
   E. Search for attorneys for False imprisonment who answer collect calls from Jail.
   F. Successful cases on mentally ill inmates charged with First DEGREE Felony arson Fl. Statute 806.01 and the cases was dropped

EVo  31. Defendant Lawrence have failed to conduct an "IDT" committee hearing with Plaintiff every 30 days because Plaintiff is an SMI inmate and is housed in administrative punitive confinement over 2 years causing seriously "PTSD". That is a known violation of the agreedment with "DOJ" and "United States".

32. Moreso through the information Plaintiff received and beleived That is ture is that the inmate Ramon carr is "HIV" Positive and that the Defendants Wilson, Lawrence and Celeide showed deliberate indifference to Plaintiff safety even if they don't know Ramon carr had "HIV" because they should had separated Plaintiff but failed to do so.

☐    Convicted and sentenced state prisoner

☐    Convicted and sentenced federal prisoner

☐    Other *(explain)* _____

## IV.  Statement of Claim

State as briefly as possible the facts of your case.  Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed. SEE Exhibit 1 through 4 pages numbers 1 through 33

A.    If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B.    If the events giving rise to your claim arose in an institution, describe where and when they arose.

Metro West Detention center unit 3c1 Then placed in administrative Punitive confinement from 1-13-2017 still to present day 2019 smu cell 126

C.    What date and approximate time did the events giving rise to your claim(s) occur?

1-13-2017 around 3:40 PM unit 3C1

D.    What are the facts underlying your claim(s)?  *(For example:  What happened to you? Who did what?  Was anyone else involved?  Who else saw what happened?)*

I was Physically assaulted by inmate Ramon carr in which the Defendants knew that it were a substantial risk I would be seriously harmed

## RELIEF REQUESTED

Wherefore Plaintiff requests that the court grant the following relief

A. ISSUE A declaratory Judgment stating that

1. Defendants. A. Lawrence, L. wilson, B. Celide Knew Plaintiff have permanently irreversible damage that makes him handicap and when Plaintiff made multiple complaints of being threaten and the Known previous threats of Physical harm.

   The Defendants Know it were substantial risk Plaintiff would be seriously harmed and maliciously failed to separate Plaintiff from inmate Ramon curr as the Policy of Miami-Dade correctional department, and such showed disregard for Plaintiff Health care and Safety constituted deliberate indifference to Plaintiff Safety in violation under the 8th amendment to the united states constitution

2. Defendants A. Lawrence and L. wilson failed to take action of a "Procedural Directive violation" to the DSOP Policies to allow Plaintiff to be Placed on Administrative Punitive confinement without a notice or hearing to do so. Then when Plaintiff filed an Grievance against the unconstitutional action he was transfered to an different Jail in Administrative Punitive confinement in violation of Equal Protection of law constituted Due Process of the law in violation the 14th amendment to the united States constitution and constituted 1st amendment to the united states constitution

3. Defendant C. Jr. Tolliver knowingly deprived Plaintiff of a disciplinary hearing and lied about conducting a hearing deprive Plaintiff his Equal Protection of the law and constituted Due Process of law violation under 14th amendment to the united States constitution.

4. Defendant E. cobarco failed to give Plaintiff an hearing with request evidence that's require of a fair hearing procedure she refuse to take disciplinary or other action to correct the Known violation of Due Process of the law and allowed Defendant C. Jr Tolliver conduct illegal hearing. Defendant E. cobarco disregarded Plaintiff appeal and his Grievance

   and still maliciously up-help the illegal action and failed to investigate as she were the supervisor of the "RPSB" and have the authority to intervene and Prevent such unconstitutional conducts. But failed to do so, constituted Due Process of law in violation under the 14th amendment to the united states constitution

5. Defendant A. Lawrence constantly failed to have Plaintiff transported to Miami-Jackson memorial Therapy treatment center 2 times a week from 6-05-2016 through 3-3-2017 then 6-11-2018 till Present day and after Plaintiff had a Operation 9-20-2018 Defendant Lawrence maliciously housed Plaintiff in administrative Punitive confinement with no nurse in excruciating Pain and Suffering as she Knew the the Policy was for Plaintiff to be in medical Housing at turner Guilford Knight center constituted deliberate indifference to his Safety and Health care needed needs, in violation under the 8th amendment to the united stated constitution.

B. Plaintiff MIKE E. NEAL SEEK award compensatory damages in the amount of:

1. 100,000.00 Jointly and severally against Defendants A. Lawrence B. Celeida, L. Wilson for the physical and emotional injuries sustained as a result of the Defendants show deliberate indifference to Plaintiff safety that caused know physical harm

2. 150,000.00 Jointly and severally against Defendants A. Lawrence L. Wilson E. Cobarco and C. Jr Tolliver for the emotional injuries sustained as a result of illegal Administrative Punitive confinement in violation of Due Process of the law causing PTSD.

3. 40,000.00 Jointly and severally against Defendants A. Lawrence L. Wilson for having Plaintiff transferred to a different Jail That Blocked the filed Grievance depriving him of his freedom of free speech to Grieve in violation to the first amendment

4. 50,000.00 against Defendant A. Lawrence for the deprivation of ordered physical therapy treatment at Miami Jackson Memorial 2 times a week from 6-5-2016 through 3-3-2017 then 6-11-18 till present day and the failure to place Plaintiff in medical housing at turner Guilford Knight Correctional Center knowing it's the policy of Miami-Dade Correction in violation to the 8th amendment and showed deliberate indifference to his Health Care needed needs.

C. Plaintiff MIKE E. NEAL SEEK award punitive damages in the amount of:

1. 50,000.00 Each against Defendants A. Lawrence, L. Wilson B. Celeide

2. 20,000.00 Each against Defendants A. Lawrence L. Wilson A. Lawrence C. Jr Tolliver

3. 40,000.00 Each against Defendants A. Lawrence L. Wilson

4. 40,000.00 Each against Defendant A. Lawrence

D. Plaintiff MIKE E. NEAL also seeks an Jury trial on all issues triable by Jury.
Plaintiff MIKE E. NEAL also seeks recovery of their cost in this suit and
any additional relief this court deems is Just properly and equitable

Respectfully submitted

Mike E. Neal / 150-133695

and They maliciously failed to respond Reasonably to Protect me. even as I request to be moved back to medical House unit which was mandated by correctional Doctors

## V.   Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

cuts, bruses, excruciating pain in both Shoulders and left knee

## VI.   Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes.  If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

See: attachments pages 1 through 2 letter "A" Through "D"

## VII.   Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures.  Your case may be dismissed if you have not exhausted your administrative remedies.

A.   Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑   Yes

☐   No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

MEtro wEst DEtEntion cEntEr

B.   Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑   Yes

☐   No

☐   Do not know

C.   Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐   Yes

☑   No

☐   Do not know

If yes, which claim(s)?

D.   Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑   Yes

☐   No

7

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐   Yes

☐   No

E.   If you did file a grievance:

1.   Where did you file the grievance?

Metro West Detention and befor a response I was maliciously transfered to a different Jail blacking The Grievance Process of Exhaustion

2.   What did you claim in your grievance?

See Exhibits A-B-C-D-E-F / Filed Grievance against wilson was not Processed. The Grievance on wilson and Lawrence also not Processed and grievance acelaide as well because of transfered to another Jail,

3.   What was the result, if any?

The correctional counselor rejected The Grievances stating I was in another Jail and it was over 10 days to File see Exhibit F as one to look at as a violation

4.   What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

The correctional counselor maliciously Block my my Process Rights to Grieve Knowing The Jail Policy states if theres a complaint against staff theres no time limit but I was still denied my Right to Grieve!

F.   If you did not file a grievance:

    1.   If there are any reasons why you did not file a grievance, state them here:

_____

_____

_____

_____

    2.   If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

_____

_____

_____

_____

G.   Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

Even after I still was held in administrative
Punitivs confinement illigal to from 1-13-17
rill Present day 2019 ths corrictional REJEct it,

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.   Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury."  28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

    ☐   Yes

    ☑   No

If so, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

_____

_____

A.   Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes

No

B.   If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below.  *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.   Parties to the previous lawsuit

Plaintiff(s)   _____

Defendant(s)   _____

2.   Court *(if federal court, name the district; if state court, name the county and State)*

_____

3.   Docket or index number

_____

4.   Name of Judge assigned to your case

_____

5.   Approximate date of filing lawsuit

_____

6.   Is the case still pending?

☐   Yes

☐   No

If no, give the approximate date of disposition.   _____

10

7.      What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____

_____

C.      Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☐       Yes

☐       No

D.      If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.      Parties to the previous lawsuit

Plaintiff(s)    MIKE E. NEAL

Defendant(s)    GEOGRE MIYARES et, al

2.      Court *(if federal court, name the district; if state court, name the county and State)*

Southern District of Florida

_____

3.      Docket or index number

1-18-cv-20085

4.      Name of Judge assigned to your case

Patrick A White

5.      Approximate date of filing lawsuit

2018

6.      Is the case still pending?

☐       Yes

☑       No

If no, give the approximate date of disposition. _2019_

7.   What was the result of the case?  *(For example:  Was the case dismissed?  Was judgment entered in your favor?  Was the case appealed?)*

_Case dismissed maliciously_
_and biasly with Prejudice_

## IX.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _2-21_, 20_19_.

Signature of Plaintiff   _Mike E. Neal_

Printed Name of Plaintiff   _MIKE E. NEAL_

Prison Identification #   _150-133-695_

Prison Address   _Metro West Detention Center_
_13850 NW 41 Street miami 33178_
          City          State          Zip Code

### B.   For Attorneys

Date of signing: _____, 20__.

Signature of Attorney   _____

Printed Name of Attorney   _____

Bar Number   _____

Name of Law Firm   _____

Address                _____

Telephone Number       _____

E-mail Address         _____

IN the UNITED STATES District Court
for the Southern District of Florida

MIKE E. NEAL

     V.

                              Case 18-CV-20374

Lieutenant Wilson et al.

## Plaintiff REQUESTING a Full list to the "VAP"

Plaintiff Seeking access to call the many lawyers that's on the list for Probono or volunteer assistance PROGram lawyers

Therefor Plaintiff Pray that the Court Grant this for Motion For VAP lawyers that he can call from Jail collect

Therefor under the PENALTY of 8.92.525 F.S I Affirm that the FOREGOING is ture and correct EXECUTED 2-27-2019

                       MIKE E NEAL ISO-133-695
                               SMU Cell-126
                       Mike E Neal
                    Metro West Detention center
                 13850 Nw 41st street miami FL 33178

Mike E. Neal # 150-13366C
Metro West Detention Center
13850 NW 41 St Street Miami FL 33178

USMS INSPECTED

United States Dis-
Southern District of
Office of the Clerk A
400 North Miami
Miami, Florida 33/a

This correspondence originat
Miami-Dade Corrections and
MDCR is not responsible for

