# EXHIBIT J

 

# MIAMI-DADE CORRECTIONS AND REHABILITATION DEPARTMENT
## Inmate Grievance

| | |
|---|---|
| INMATE NAME: Mike E. Neal | CONTROL NUMBER: IG19-10019 |
| JAIL NUMBER: 150-133-695 | UNIT/CELL NUMBER: 8-1 |

The inmate must complete and place this form into an inmate request drop box within 10 calendar days of when incident occurred. If an incident/situation affects more than one inmate, each inmate must personally submit a separate complaint/grievance. Also, if an inmate has more than one complaint/grievance, each complaint/grievance must be submitted on a separate Inmate Grievance form. You must state what or who is the subject of the grievance, related dates and places, and what effect the situation, problem, or person is causing. State the title of any policy or standard that may be the subject of your grievance, if applicable. Attach copies of all forms (if applicable) used in an attempt to resolve your complaint.

If a specific staff member is the subject of your grievance, submit this form to a different staff member WHO IS NOT the subject of your grievance.
☑ Check if a staff member is subject of your grievance   Name of the staff member   A. Lawrence, L. Wilson

**PART I - PROVIDE SPECIFIC DETAILS OF YOUR GRIEVANCE:**

This is a Emergency complaint against officers A. Lawrence and L. Wilson for abussive action that cause me pain and suffering that could of had prevented but maliciously failed to do so. On 9-20-2019 I had received an operation on my

**PART II - WHAT STEPS HAVE YOU TAKEN TO SOLVE THE GRIEVANCE?**

left Knee, and when I returned from J.M.H A. Lawrence and L. Wilson had ordered for me to be Housed in Punitive confinement knowing it's Deviating from DSop Policys as I was Given a wheelchair and the doctor ordered to be Huss in medical Housing and not in Punitive

**PART III - WHAT REMEDY/ACTIONS ARE YOU REQUESTING?**

confinement wers I could not get prescrib medical treatment per: DSoP 15-001 section XI, second, A, state that there isn't a time limit to file grivance for abuss and misused conduct that cause me pain and suffering. forward to SIAB.

I affirm that all statements I have made are true and correct.

Inmate Signature: Mike E. Neal     Date: 10-24-2019

**PART IV - GRIEVANCE RECEIVED BY MDCR:**

Staff Name (Print) _____   Signature _____   Date _____

**GRIEVANCE RECEIVED BY IMP:**

| GRIEVANCE CATEGORY | EMERGENT / NON-EMERGENT | TIME / DATE |
|---|---|---|
| | | |

Staff Name (Print) _____   Signature _____

**PART V - GRIEVANCE RETURNED TO INMATE FOR THE FOLLOWING REASONS:**

☐ INCOMPLETE   ☐ MORE THAN 1 COMPLAINT AND 1 NAME ON FORM   ☐ OFFENSIVE OR FRIVOLOUS

Note: Inmate may resubmit the request to MDCR staff on a new Inmate Grievance form within 2 calendar days.
My signature below affirms that I have been informed this grievance form is returned unprocessed for the reason indicated above.

Inmate Signature _____   Date _____

Distribution:   White Copy - RPSB File   Pink Copy - Inmate

39.82.PPB.146C            Page 1 of 2            R01-31-19



## MIAMI-DADE CORRECTIONS AND REHABILITATION DEPARTMENT
### Inmate Grievance

| | | | |
|---|---|---|---|
| Control #: TG19-10079 | Emergency: ☐ Yes ☑ No | Grievance Type: | Staff Complaints |
| Jail #: 150133695 | Cell #: K81 | Grievance Rejected: | ☑ Yes ☐ No |

**PART VI - Reentry Program Services Bureau (RPSB) Correctional Counselor 1 Comments:**

Inmate Neal, Mike #150133695 has submitted a grievance against officers A. Lawrence and L. Wilson for abusive action taken against him that caused him pain and suffering. The inmate writes that his pain and suffering could have been prevented by those officers on 9-20-18 after he received an operation on his left knee at JMH. Inmate Neal, Mike states that he was given a wheelchair and ordered by the doctor to be housed in medical housing, but Officers A. Lawrence and L. Wilson housed him in punitive confinement where he could not get the prescribed medical treatment. Inmate Neal, Mike states that per DSOP 15-001 section XI second act A1, there is no time limit to submit a grievance for abuse and misused conduct that caused him pain and suffering. He is requesting the grievance is forwarded to SIAB.

| RPSB Counselor Name: | GARIB, T | Date: | 10/25/2019 |
|---|---|---|---|

**PART VII - Initial Response (An Explanation Must be Provided if the Grievance is Being Rejected)**

Inmate Neal, Mike #150133695 has submitted a grievance against officers A. Lawrence and L. Wilson for alleged abusive action that caused him pain and suffering on or around September 20, 2018. Mr. Neal's grievance is rejected, as the date of this grievance is beyond 10 work days of the incident/ situation that occurred.

| RPSB Supervisor Name: | FORSYTHE J. | Date: | 10/25/2019 |
|---|---|---|---|

**PART VIII - Grievance Recorded By:**

| Internal Affairs Case #: | | RTR Case #: | |
|---|---|---|---|
| Grievance Clerk Name: | HARDLEY R. | Date: | 10/25/2019 |

**PART IX - Facility/Bureau Supervisor/IMP Manager or Designee Response: (Provide Attachment as needed)**

☐ IMP Follow-up Required    ☐ Forwarded to IA

| Facility/Bureau Supervisor/IMP Manager or Designee: | Date: |
|---|---|

**PART X - Inmate Response**    ☐ Accepted (Resolved)    ☐ Rejected (Unresolved)    ☐ Appeal

| MIKE NEAL | | | ☐ Inmate Released |
|---|---|---|---|
| Inmate Name | Inmate Signature | Date: | |